# EXHIBIT 1

```
ATWK2            *        PUBLIC INFORMATION        *      02-05-2025
PAGE 001         *           INMATE DATA            *      15:20:55
                          AS OF 02-05-2025


REGNO..: 95191-509 NAME: VERRET, RICHARD

                   RESP OF: LOM
                   PHONE..: 805-735-2771    FAX: 805-736-1292
                                            RACE/SEX...: WHITE / MALE
                                            AGE:  43
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 07-13-2025                     PAR HEAR DT:




G0002         MORE PAGES TO FOLLOW . . .
```

```
ATWK2         *          PUBLIC INFORMATION          *      02-05-2025
PAGE 002      *              INMATE DATA             *      15:20:55
                          AS OF 02-05-2025


REGNO..: 95191-509 NAME: VERRET, RICHARD

                   RESP OF: LOM
                   PHONE..: 805-735-2771   FAX: 805-736-1292
FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 02-25-2025

THE INMATE IS PROJECTED FOR RELEASE: 07-13-2025 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: LOUISIANA, MIDDLE DISTRICT
DOCKET NUMBER...................: 3:22-CR-00022-SDD-SD
JUDGE...........................: DICK
DATE SENTENCED/PROBATION IMPOSED: 06-22-2023
DATE COMMITTED..................: 10-19-2023
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00        $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00



-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  157     18:1029 FRAUD ACCESS DEVICES
OFF/CHG: 18:1029(A)(6)-UNAUTHORIZED SOLICITATION OF ACCESS DEVICES

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    57 MONTHS
 NEW SENTENCE IMPOSED...........:    46 MONTHS
 BASIS FOR CHANGE...............: USSG CRIM HIST DCSN 11-01-2023
 DATE OF OFFENSE................: 07-17-2019




G0002       MORE PAGES TO FOLLOW . . .
```

```
ATWK2            *          PUBLIC INFORMATION         *      02-05-2025
PAGE 003 OF 003  *              INMATE DATA            *      15:20:55
                              AS OF 02-05-2025

REGNO..: 95191-509 NAME: VERRET, RICHARD

                  RESP OF: LOM
                  PHONE..: 805-735-2771   FAX: 805-736-1292
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-13-2024 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-11-2024 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-22-2023
TOTAL TERM IN EFFECT............:    46 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS      10 MONTHS
EARLIEST DATE OF OFFENSE........: 07-17-2019

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    04-07-2022   06-21-2023

TOTAL PRIOR CREDIT TIME.........: 441
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 206
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 07-13-2025
ELDERLY OFFENDER TWO THIRDS DATE: 10-26-2024
EXPIRATION FULL TERM DATE.......: 02-04-2026
TIME SERVED.....................:     2 YEARS       9 MONTHS      30 DAYS
PERCENTAGE OF FULL TERM SERVED..:  74.0
PERCENT OF STATUTORY TERM SERVED:  86.7

PROJECTED SATISFACTION DATE.....: 07-13-2025
PROJECTED SATISFACTION METHOD...: GCT REL




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```