# EXHIBIT 2

```
ATWK2  531.01 *            INMATE HISTORY           *    02-18-2025
PAGE 001 OF 001 *             ADM-REL               *    17:22:57

 REG NO..: 95191-509 NAME....: VERRET, RICHARD
 CATEGORY: ARS       FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
LOM    A-DES      DESIGNATED, AT ASSIGNED FACIL 10-19-2023 1209 CURRENT
B13    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-19-2023 1509 10-19-2023 1509
B13    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-19-2023 0857 10-19-2023 1509
VVM    HLD REMOVE HOLDOVER REMOVED             10-19-2023 0557 10-19-2023 0557
VVM    A-HLD      HOLDOVER, TEMPORARILY HOUSED  07-28-2023 1110 10-19-2023 0557
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-28-2023 1410 07-28-2023 1410
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-28-2023 0820 07-28-2023 1410
OKL    HLD REMOVE HOLDOVER REMOVED             07-28-2023 0720 07-28-2023 0720
OKL    A-HLD      HOLDOVER, TEMPORARILY HOUSED  07-27-2023 1700 07-28-2023 0720
9-L    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-27-2023 1800 07-27-2023 1800
9-L    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-12-2023 1206 07-27-2023 1800
DSC    ADMIN REL  ADMINISTRATIVE RELEASE        07-12-2023 1106 07-12-2023 1106
DSC    A-ADMIN    ADMINISTRATIVE ADMISSION      07-12-2023 1053 07-12-2023 1106
DSC    ADMIN RMV  DSC ADMIN ADMISSION REMOVED   07-10-2023 1350 07-12-2023 1053
DSC    A-ADMIN    ADMINISTRATIVE ADMISSION      07-10-2023 1341 07-10-2023 1350




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```