# EXHIBIT 3

# FSA Time Credit Assessment

Register Number:95191-509, Last Name:VERRET

## U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Register Number....: 95191-509 | Responsible Facility: LOM |
| Inmate Name | Assessment Date.....: 12-30-2024 |
|   Last............: VERRET | Period Start/Stop...: 10-19-2023 to 12-30-2024 |
|   First...........: RICHARD | Accrued Pgm Days....: 438 |
|   Middle..........: | Disallowed Pgm Days.: 0 |
|   Suffix..........: | FTC Towards RRC/HC..: 180 |
| Gender............: MALE | FTC Towards Release.: 0 |
| Start Incarceration: 06-22-2023 | Apply FTC to Release: No |

--- FTC Claim Status -------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 10-19-2023 | 12-30-2024 | accrue | 438 |
| | | disallow | 0 |

**Cannot apply FTC(s) towards early release.**

**No term of supervision**

--- Program Day Intervals -------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 10-19-2023 | 05-14-2024 | accrue | 208 |

  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60

-------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 05-14-2024 | 12-30-2024 | accrue | 230 |

  Accrued Pgm Days...: 230
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 120

--- FSA Assessment(s) -------------------------------------------------------------

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 10-19-2023 | 11-16-2023 | R-LW | 11-02-2023 13:15 | 10 |
| 002 | 11-16-2023 | 05-14-2024 | R-LW | 11-02-2023 13:15 | 10 |
| 003 | 05-14-2024 | 08-12-2024 | R-MIN | 04-23-2024 09:57 | 15 |
| 004 | 08-12-2024 | 11-10-2024 | R-MIN | 04-23-2024 09:57 | 15 |
| 005 | 11-10-2024 | 02-08-2025 | R-MIN | 10-08-2024 11:30 | 15 |

# FSA Time Credit Assessment
Register Number:95191-509, Last Name:VERRET

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

---

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
12-30-2024. These dates can change if there are changes to one or more of the following: the
individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 07-13-2025
Projected Release Method: GCT REL
FSA Projected Release Date: N/A
FSA Projected Release Method: N/A
FSA Conditional Release Date: N/A
SCA Conditional Placement Days: 365*
SCA Conditional Placement Date: 07-13-2024*
FSA Conditional Placement Days: 180
FSA Conditional Placement Date: 01-14-2025
Conditional Transition To Community Date: 01-15-2024*

**\*Default SCA conditional placement days. This requires a five-factor review!**

---