# EXHIBIT 6

```
ATWK2              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-05-2025
PAGE 001 OF                                                            15:19:22
        FUNCTION: L-P SCOPE: REG   EQ 95191-509    OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____ THRU _____  DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____     ____     ____     ____     ____     ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___        ___        ___        ___        ___        ___
        TYPE: ___        ___        ___        ___        ___        ___
EVNT FACL: EQ ____     ____     ____     ____     ____     ____
RCV FACL.: EQ ____     ____     ____     ____     ____     ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____     ____     ____     ____     ____     ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 95191-509 NAME: VERRET, RICHARD
RSP OF...: LOM UNT/LOC/DST: 9 GP              QTR.: M01-009U   RCV OFC: LOM
REMEDY ID: 1209504-F1    SUB1: 38DM SUB2:     DATE RCV:   08-16-2024
UNT  RCV..:9 GP         QTR RCV.: M01-008U    FACL RCV: LOM
UNT  ORG..:9 GP         QTR ORG.: M01-008U    FACL ORG: LOM
EVT FACL.: LOM    ACC LEV:  LOM  2 WXR  1 BOP  1   RESP DUE:
ABSTRACT.: REQUESTING FEDERAL TIME CREDITS BE APPLIED TO PRD
STATUS DT: 08-16-2024   STATUS CODE: REJ STATUS REASON: OTH
INCRPTNO.:            RCT:    EXT:   DATE ENTD: 08-16-2024
REMARKS..: SEEK GUIDANCE FROM UNIT TEAM FOR PROPER INFORMAL
           RESOLUTION FORM TO BE ATTACHED.


REGNO: 95191-509 NAME: VERRET, RICHARD
RSP OF...: LOM UNT/LOC/DST: 9 GP              QTR.: M01-009U   RCV OFC: LOM
REMEDY ID: 1209504-F2    SUB1: 38DM SUB2:     DATE RCV:   08-22-2024
UNT  RCV..:9 GP         QTR RCV.: M01-008U    FACL RCV: LOM
UNT  ORG..:9 GP         QTR ORG.: M01-008U    FACL ORG: LOM
EVT FACL.: LOM    ACC LEV:  LOM  2 WXR  1 BOP  1   RESP DUE: TUE  10-01-2024
ABSTRACT.: REQ. FIRST STEP ACT TIME CREDITS BE APPLIED TO PRD
STATUS DT: 08-30-2024   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 08-22-2024
REMARKS..: REQUESTING FIRST STEP ACT TIME CREDITS BE APPLIED TO
           PRD.




G0002       MORE PAGES TO FOLLOW . . .
```

```
ATWK2          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-05-2025
PAGE 003 OF 003 *             FULL SCREEN FORMAT              *      15:19:22


REGNO: 95191-509 NAME: VERRET, RICHARD
RSP OF...: LOM UNT/LOC/DST: 9 GP               QTR.: M01-009U    RCV OFC: WXR
REMEDY ID: 1209504-R1    SUB1: 38DM SUB2:       DATE RCV:   09-13-2024
UNT  RCV..:9 GP          QTR RCV.: M01-008U     FACL RCV: LOM
UNT  ORG..:9 GP          QTR ORG.: M01-008U     FACL ORG: LOM
EVT FACL.: LOM    ACC LEV:  LOM  2 WXR  1 BOP  1   RESP DUE:  TUE  11-12-2024
ABSTRACT.: REQ. FIRST STEP ACT TIME CREDITS BE APPLIED TO PRD
STATUS DT: 10-08-2024   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: N EXT: N DATE ENTD: 09-13-2024
REMARKS..: REQUESTING FIRST STEP ACT TIME CREDITS BE APPLIED TO
           PRD.



REGNO: 95191-509 NAME: VERRET, RICHARD
RSP OF...: LOM UNT/LOC/DST: 9 GP               QTR.: M01-009U    RCV OFC: BOP
REMEDY ID: 1209504-A1    SUB1: 38DM SUB2:       DATE RCV:   11-01-2024
UNT  RCV..:9 GP          QTR RCV.: M01-008U     FACL RCV: LOM
UNT  ORG..:9 GP          QTR ORG.: M01-008U     FACL ORG: LOM
EVT FACL.: LOM    ACC LEV:  LOM  2 WXR  1 BOP  1   RESP DUE:  TUE  12-31-2024
ABSTRACT.: REQ. FIRST STEP ACT TIME CREDITS BE APPLIED TO PRD
STATUS DT: 11-14-2024   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 11-14-2024
REMARKS..:




                 4 REMEDY SUBMISSION(S) SELECTED
     G0000       TRANSACTION SUCCESSFULLY COMPLETED
```