DECLARATION OF BIANCA SHOULDERS

I, Bianca Shoulders, declare as follows:

1. I am the Administrator for the Residential Reentry Management Branch (RRMB), Reentry Services Division in the Bureau of Prisons' (BOP) Central Office in Washington DC. I have held this position since 2024, and have been employed by BOP since 2006. I make the following factual statements based on my personal knowledge and my review of the official records of BOP. If called as a witness, I could and would competently testify thereto.

2. RRMB staff members develop and administer contracts for community-based programs, including home confinement and residential reentry centers (RRCs) (also known as halfway houses or community confinement centers (CCCs)). The RRMB is headquartered at BOP's Central Office and consists of three sector management teams and twenty-three field offices spread across the United States. Each field office is responsible for residential reentry activities within its assigned judicial districts. I am familiar with basic sentence computation and with the application of the First Step Act (FSA) Federal Time Credits (FTCs). I also have access to inmate records maintained in the ordinary course of business. I also have access to the Electronic Inmate Central File ("e-ICF"). The e-ICF contains various documents related to an inmate's incarceration, including but not limited to FSA documents.

3. This declaration is made in support of the response of Warden B. Birkholz, in the case of <u>Richard Verret v. Warden, FCI Lompoc</u>, 2:25-cv-00756, wherein inmate Richard Verret, Federal Register Number 95191-509 (Petitioner), has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that his accumulated FTCs entitle him to immediate transfer to a halfway

house, also known as a Residential Reentry Center (RRC) or home detention. See ECF 1.

1. BOP has determined that the Petitioner is eligible to earn FSA Time Credits. Attached as Exhibit A is a true and correct copy of Petitioner's "FSA Time Credit Assessment", generated on June 9, 2025. New reports are generated monthly to provide periodic updates on the amount of ETCs the Petitioner earns. Inmates may earn 10 days or 15 days of ETC credit for every 30 days of programming depending on their risk of recidivism score. This report shows:

   a. Petitioner is housed at the Federal Correctional Institution in Lompoc, California ("FCI Lompoc"). ("Responsible Facility: LOM").

   b. Petitioner is projected to be released on July 13, 2025 as he has earned Good Conduct Time ("GCT"). See Exhibit 1 at 2 ("Projected Release Date: 07-13-2025 Projected Release Method: GCT REL").

   c. Petitioner's FSA Time Credit Assessment shows that Petitioner has not earned any days of FTCs towards early placement on supervised release as he does not have a term of supervised release. Id. at 1 ("Cannot apply FTC(s) towards early release. No term of supervision").

   d. Petitioner has earned 255 days towards prerelease custody. Id. at 1 ("FTC Towards RRC/HC..: 255").

2. Petitioner's e-ICF shows that BOP received an Immigration Detainer – Notice of Action form dated February 26, 2025. Attached as Exhibit B is a true and correct copy of Petitioner's Immigration Detainer – Notice of Action form. This Detainer states that "THE U.S. DEPARTMENT OF HOMELAND SECURITY (DHS) HAS TAKEN THE FOLLOWING ACTION RELATED TO THE PERSON IDENTIFIED ABOVE, CURRENTLY IN YOUR CUSTODY:

BOP # 95191-509: Determined that there is reason to believe the individual is an alien subject to removal from the United States. . . Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. Immigration Law." Ex. B.

3.   BOP issued updated guidance on FSA eligibility and prerelease custody placement on April 8, 2025. <u>Attached as Exhibit C is a true and correct copy</u> of BOP memorandum issued April 8, 2025. BOP's updated guidance on this matter provides that:

> For those inmates with immigration detainers or request for advance notification of release – **but without a final order of deportation** - who have accrued FSA Time Credits and are otherwise eligible to apply them, the BOP will only apply those credits – up to 365 days – to early release. Remaining FSA Time Credits, if any, will not be used for transfer to prerelease custody. The BOP will recognize limited exceptions to this directive. First, *if an inmate is a non-US citizen with an immigration detainer or request for advance notification of release and does not have a term of supervised release for which to apply the credits*, *BOP will allow those FSA Time Credits to be applied for transfer to prerelease custody (subject to available resources)*. With respect to this exception, and as described below, every effort should be made to contact immigration authorities prior to transfer to prerelease custody.

Ex. C at 2. The memo also states that "Correctional Systems employees will hold the RRC referral packet for 90 days to allow immigration officials to respond to the [detainer Action Letter]and possibly remove the detainer, notification, or obtain a final order of removal." Exhibit C at 2. FCC Lompoc staff are within this 90 day time frame, but have processed the RRC referral for approval.

4.   On December 12, 2024, unit team staff at FCI Lompoc routed Petitioner's Residential Reentry Packet for referral. Attached as Exhibit D is a true and correct copy of a CCC Referral for

Petitioner, dated December 12, 2024. Petitioner's CCC referral received Warden's review and approval on June 26, 2025, and was forwarded to the Residential Reentry Manager's Office for review and placement on June 26, 2025. Id. As of June 30, 2025, 2025, Petitioner has been approved for transfer BOP's Residential Reentry Center in New Orleans (RRC New Orleans). He will transfer and arrive to RRC New Orleans today, July 1, 2025. Attached as Exhibit E is a true and correct copy of Petitioner's Furlough Approval, dated June 30, 2025.

    I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct and that this declaration is executed at Washington, DC, on July 1, 2025.

<i>B Shoulders</i><br>
Bianca Shoulders, Administrator<br>
Residential Reentry Management