IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RICHARD VERRET,

        Petitioner,

    v.

WARDEN,

        Respondent.

Case No. 2:25-cv-00756-SRM-MBK

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [9][26]**

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondent did not file any objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS ORDERED** that the Respondent's Motion to Dismiss, Dkt. 9, is granted and that Judgment be entered denying the Petition and dismissing this action without prejudice.

Dated: September 5, 2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE