JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VERRET,<br><br>   Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>   Respondent. | Case No. 2:25-cv-00756-SRM-MBK<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is **DENIED** and this action is dismissed without prejudice.

Dated: September 5, 2025

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE